# Eastern District of New York
# Claims Register

1-25-45855-ess Aron Z. Lax

**Judge:** Elizabeth S. Stong **Chapter:** 11
**Office:** Brooklyn **Last Date to file claims:** 12/30/2025
**Trustee:** **Last Date to file (Govt):** 06/05/2026

*Creditor:* (10620132)
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 1**
*Original Filed Date*: 12/09/2025
*Original Entered Date*: 12/09/2025

*Status:*
*Filed by:* CR
*Entered by:* Lore'L Thompson
*Modified:*

Amount claimed: $1085.01
Secured claimed: $0.00

*History:*
Details 1-1 12/09/2025 Claim #1 filed by LVNV Funding, LLC, Amount claimed: $1085.01 (Thompson, Lore'L)

*Description:*
*Remarks:*

*Creditor:* (10620133)
CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 2**
*Original Filed Date*: 12/09/2025
*Original Entered Date*: 12/09/2025

*Status:*
*Filed by:* CR
*Entered by:* Alexica Marche Thomason
*Modified:*

Amount claimed: $5353.78
Secured claimed: $0.00

*History:*
Details 2-1 12/09/2025 Claim #2 filed by CACH, LLC, Amount claimed: $5353.78 (Thomason, Alexica)

*Description:*
*Remarks:*

*Creditor:* (10630269)
Cenlar FSB, Attn: BK Department
425 Phillips Blvs
Ewing, NJ 08618

**Claim No: 3**
*Original Filed Date*: 12/24/2025
*Original Entered Date*: 12/24/2025

*Status:*
*Filed by:* CR
*Entered by:* Robyn Erica Goldstein
*Modified:*

Amount claimed: $751040.36
Secured claimed: $751040.36

*History:*
Details 3-1 12/24/2025 Claim #3 filed by Cenlar FSB, Attn: BK Department, Amount claimed: $751040.36 (Goldstein, Robyn)

*Description:* (3-1) 1151 42nd Street, No. 3, Brooklyn, NY 11219
*Remarks:* (3-1) Arrears in the amount of $480,106.45

| | | |
|---|---|---|
| *Creditor:* (10636627)<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **Claim No: 4**<br>*Original Filed Date*: 01/08/2026<br>*Original Entered Date*: 01/08/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* las<br>*Modified:* |

Amount claimed: $69103195.31
Secured claimed: $69075037.12
Priority claimed: $26240.69

*History:*

Details 4-1 01/08/2026 Claim #4 filed by INTERNAL REVENUE SERVICE, Amount claimed: $69103195.31 (las)

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** Aron Z. Lax
**Case Number:** 1-25-45855-ess
**Chapter:** 11
**Date Filed:** 12/05/2025
**Total Number Of Claims:** 4

| | |
|---|---|
| **Total Amount Claimed*** | $69860674.46 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $69826077.48 | |
| **Priority** | $26240.69 | |
| **Administrative** | | |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/14/2026 04:50:47 | | | |
| **PACER Login:** | vsobers121 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 1-25-45855-ess Filed or Entered From: 1/24/2025 Filed or Entered To: 12/31/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |