UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re.

ARON Z. LAX, Case No. 25-45855

Debtor.

# Monthly Operating Report

Chapter 11

Reporting Period Ended: April 20, 2026-May 20, 2026

Petition Date: 12/05/2025

Months Pending: 5

Industry Classification: 2 3 7 2

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit Statement
- ☐ of operations (profit or loss statement)
- ☐ Accounts receivable aging Postpetition
- ☐ liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals Schedule
- ☐ of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer
- ☐

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

/s/ Aron Z. Lax
Signature of Responsible Party
Date: August 26, 2026

Aron Z. Lax
Printed Name of Responsible Party

[redacted]

| | | | | |
|---|---|---|---|---|
| a. | Cash balance beginning of month | $6,176.73 | | |
| b. | Total receipts (net of transfers between accounts) | $7,210.08 | | |
| c. | Total disbursements (net of transfers between accounts) | $10,101.43 | | |
| d. | Cash balance end of month (a+b-c) | | $3,285.38 | |
| e. | Disbursements made by third party for the benefit of the estate | | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | | | $0 |

[redacted]

| | | |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |

| | | |
|---|---|---|
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ◯ Market ◯ Other ◉ | $0 |
| d. | Total current assets | $1.700.000.00 |
| e. | Total assets | . $1.700.000.00 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $751,040.36 |
| l. | Prepetition priority debt | $61,559,044.81 |
| | | $237,296.60 |
| m. | Prepetition unsecured debt | $482,357.51 |
| n. | Total liabilities (debt) (j+k+l+m) | |
| o. | Ending equity/net worth (e-n) | |

[redacted]

| | | | |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

[redacted]

| | | | |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $7,210.08 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | | |
| f. | Other expenses | | |
| g. | Depreciation and/or amortization (not included in 4b) | | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | |
| | | $0 | $0 |

| b. | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | xcvii | | | | | | |
| | All professional fees and expenses (debtor & committees) | | | | | | |

[redacted]

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | ____________7,210.08__ |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| | | $0 |
| | | $0 |
| | | $0 |

| | | | |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◉ No ○ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ○ No ◉ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ○ No ◉ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○ No ◉ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ◉ | |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ◉ | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ No ○ | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ◉ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉ No ○ | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○ No ◉ | |

| | | | |
|---|---|---|---|
| f. | Self-employment related expenses | | |
| g. | Living expenses | | |
| h. | All other expenses | | |
| i. | Total expenses in the reporting period (e+f+g+h) | | $0 |
| j. | Difference between total income and total expenses (d-i) | | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 | |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? — Yes ○ No ◉

m. If yes, have you made all Domestic Support Obligation payments? — Yes ○ No ○ N/A ◉

## Privacy Act Statement

28 U.S.Ca. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

By: /s/Aron Z. Lax

Apple Bank

Established 1863 • Member FDIC

P.O. Box 39 | 29 Chase Road | Scarsdale, NY 10583

Last statement: April 20, 2026
This statement: May 20, 2026
Total days in statement period: 30

Page 1
[redacted]
( 0)

ARON Z LAX
CHAYA LEAH LAX
1151 42ND STREET
BROOKLYN NY 11219-1434

Direct inquiries to:
CUSTOMERLINE (914) 902-2775
TDD (800) 824-0710

Apple Bank - Attn: Dep Svcs
1075 Central Park Ave, Suite B09
Scarsdale NY 10583-3242

---

***ACCOUNT NAME CHANGE NOTICE EFFECTIVE JUNE 3, 2026, EXTRAVALUE CHECKING WILL BE RENAMED APPLE BANK CORE CHECKING. THIS IS A NAME CHANGE ONLY. EVERYTHING YOU ENJOY ABOUT YOUR ACCOUNT REMAINS EXACTLY THE SAME. THERE ARE NO CHANGES TO YOUR ACCOUNT TERMS, NUMBER, BENEFITS OR ACCESS. THANK YOU FOR BANKING WITH US.***

---

## Extravalue Checking

| | | | |
|---|---|---|---|
| Account number | [redacted] | Beginning balance | $6,176.73 |
| Average balance | $7,902.84 | Total additions | 7,210.08 |
| Avg collected balance | $7,181 | Total subtractions | 10,101.43 |
| | | Ending balance | $3,285.38 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-20 | Beginning balance | | | $6,176.73 |
| 04-22 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>CONGREGATION RACHMISTR BROOKLYN NY<br>XXXXXXXXXXXX0985 04-21-26 5:07 AM | | -31.00 | 6,145.73 |
| 04-22 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>OMNY VENDING* NEW YORK NY<br>XXXXXXXXXXXX0985 04-21-26 5:25 AM | | -30.00 | 6,115.73 |
| 04-23 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>SOUTH FLORIDA KOSHER - NORTH MIA FL<br>XXXXXXXXXXXX1918 04-21-26 5:31 AM | | -83.35 | 6,032.38 |

Apple Bank

Established 1863 • Member FDIC

P.O. Box 39 | 29 Chase Road | Scarsdale, NY 10583

ARON Z LAX
May 20, 2026


[redacted]

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-23 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>AMERICAN AIR0012336420 FORT WORT TX<br>XXXXXXXXXXXX0985 04-22-26 6:30 PM | | -269.40 | 5,762.98 |
| 04-24 | ' Mobile Deposit Mrdc | 7,210.08 | | 12,973.06 |
| 04-24 | ' Preauthorized Wd<br>UBER TRIP UBER TRIP<br>260424 | | -49.98 | 12,923.08 |
| 04-27 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 04-24-26 6:16 PM | | -5.00 | 12,918.08 |
| 04-27 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 04-26-26 2:39 AM | | -4.00 | 12,914.08 |
| 04-27 | ' POS Purchase<br>POS PURCHASE TERMINAL WG5LVUAK<br>IC* INSTACART*159 INSTACART CA<br>XXXXXXXXXXXX1918 04-27-26 4:06 AM | | -99.36 | 12,814.72 |
| 04-28 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>SQ *ZUKA MIAMI HOLLYWOOD FL<br>XXXXXXXXXXXX0985 04-26-26 2:41 PM | | -175.00 | 12,639.72 |
| 04-28 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>TST*STREET RESTAURANT SURFSIDE FL<br>XXXXXXXXXXXX0985 04-27-26 11:16 AM | | -158.49 | 12,481.23 |
| 04-28 | ' POS Purchase<br>POS PURCHASE TERMINAL 1<br>GROVE KOSHER MARKET SURFSIDE FL<br>XXXXXXXXXXXX0985 04-27-26 3:25 AM | | -50.26 | 12,430.97 |
| 04-28 | ' POS Purchase<br>POS PURCHASE TERMINAL 99999999<br>DOLLAR TREE 1390 NE 16 NORTH MIA FL<br>XXXXXXXXXXXX1918 04-28-26 11:45 AM | | -28.29 | 12,402.68 |
| 04-30 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>SOUTH FLORIDA KOSHER - NORTH MIA FL<br>XXXXXXXXXXXX1918 04-28-26 8:36 AM | | -53.82 | 12,348.86 |
| 04-30 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 04-29-26 2:07 PM | | -4.00 | 12,344.86 |
| 05-01 | ' Zelle Payment Sent<br>ZELLE 920 NE 169 ST LLC<br>APPLE BANK 92502<br>122 EAST 42ND STRE | | -1,900.00 | 10,444.86 |

Apple Bank

Established 1863 • Member FDIC

P.O. Box 39 | 29 Chase Road | Scarsdale, NY 10583

ARON Z LAX
May 20, 2026


[redacted]

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-01 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>SOUTH FLORIDA KOSHER - NORTH MIA FL<br>XXXXXXXXXXXX1918 04-29-26 8:55 PM | | -15.96 | 10,428.90 |
| 05-01 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 04-30-26 10:46 AM | | -4.00 | 10,424.90 |
| 05-01 | ' POS Purchase<br>POS PURCHASE TERMINAL 74863887<br>UBR* PENDING.UBER.COM SAN FRANC CA<br>XXXXXXXXXXXX1918 04-30-26 6:20 PM | | -9.77 | 10,415.13 |
| 05-01 | ' Preauthorized Wd<br>UBER TRIP UBER TRIP<br>260501 | | -10.98 | 10,404.15 |
| 05-04 | ' Zelle Payment Sent<br>ZELLE APPRAISAL GOLDBERG<br>APPLE BANK 92502<br>122 EAST 42ND STRE | | -600.00 | 9,804.15 |
| 05-04 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>RCCS 718-72220 NY<br>XXXXXXXXXXXX1918 05-01-26 4:19 AM | | -54.00 | 9,750.15 |
| 05-04 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 05-03-26 6:29 PM | | -4.00 | 9,746.15 |
| 05-04 | ' POS Purchase<br>POS PURCHASE TERMINAL WG5LVUAK<br>IC* INSTACART*2246 INSTACART CA<br>XXXXXXXXXXXX1918 05-03-26 7:39 PM | | -54.72 | 9,691.43 |
| 05-05 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 05-04-26 12:22 AM | | -4.00 | 9,687.43 |
| 05-05 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>TST*MILONS KOSHER REST AVENTURA FL<br>XXXXXXXXXXXX0985 05-04-26 10:13 AM | | -55.00 | 9,632.43 |
| 05-05 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000<br>UBER * PENDING SAN FRANC CA<br>XXXXXXXXXXXX1918 05-05-26 1:57 AM | | -42.43 | 9,590.00 |
| 05-05 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>GEICO *AUTO 800-841-3 DC<br>XXXXXXXXXXXX1918 05-05-26 7:22 AM | | -316.18 | 9,273.82 |

Apple Bank

Established 1863 • Member FDIC

P.O. Box 39 | 29 Chase Road | Scarsdale, NY 10583

ARON Z LAX
May 20, 2026


[redacted]

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-06 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 05-05-26 8:11 PM | | -4.00 | 9,269.82 |
| 05-06 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000<br>UBER * PENDING SAN FRANC CA<br>XXXXXXXXXXXX1918 05-05-26 8:35 AM | | -78.56 | 9,191.26 |
| 05-06 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000<br>UBER * PENDING SAN FRANC CA<br>XXXXXXXXXXXX1918 05-05-26 10:34 AM | | -52.43 | 9,138.83 |
| 05-06 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>FSI*CONED BILL PAYMENT 800-752-6 NY<br>XXXXXXXXXXXX0985 05-06-26 2:06 PM | | -307.17 | 8,831.66 |
| 05-06 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000<br>UBER * PENDING SAN FRANC CA<br>XXXXXXXXXXXX1918 05-05-26 3:44 PM | | -18.80 | 8,812.86 |
| 05-06 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000<br>UBER * PENDING SAN FRANC CA<br>XXXXXXXXXXXX1918 05-05-26 6:32 PM | | -19.81 | 8,793.05 |
| 05-07 | ' POS Purchase<br>POS PURCHASE TERMINAL 14790123<br>SPI*NATIONAL GRID 718-643-4 MA<br>XXXXXXXXXXXX0985 05-06-26 7:54 PM | | -477.30 | 8,315.75 |
| 05-07 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 05-06-26 10:58 AM | | -4.00 | 8,311.75 |
| 05-07 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>AMERICAN AIR0012340729 FORT WORT TX<br>XXXXXXXXXXXX0985 05-07-26 2:57 AM | | -338.41 | 7,973.34 |
| 05-07 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>TST*SMASH HOUSE NORTH MIA FL<br>XXXXXXXXXXXX0985 05-06-26 11:51 AM | | -20.33 | 7,953.01 |
| 05-08 | ' Zelle Payment Sent<br>ZELLE CHUSSON SHMILY<br>APPLE BANK 92502<br>122 EAST 42ND STRE | | -1.00 | 7,952.01 |
| 05-08 | ' Zelle Payment Sent<br>ZELLE CHUSSON SHMILY<br>APPLE BANK 92502<br>122 EAST 42ND STRE | | -1,285.00 | 6,667.01 |

Apple Bank

Established 1863 • Member FDIC

P.O. Box 39 | 29 Chase Road | Scarsdale, NY 10583

ARON Z LAX
May 20, 2026


[redacted]

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-08 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 05-07-26 8:20 AM | | -4.00 | 6,663.01 |
| 05-08 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>KORNS BREAD BASKET BROOKLYN NY<br>XXXXXXXXXXXX1918 05-07-26 2:30 AM | | -19.50 | 6,643.51 |
| 05-08 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000<br>UBER * PENDING SAN FRANC CA<br>XXXXXXXXXXXX1918 05-07-26 1:32 PM | | -96.66 | 6,546.85 |
| 05-08 | ' POS Purchase<br>POS PURCHASE TERMINAL 00000000<br>UBER * PENDING SAN FRANC CA<br>XXXXXXXXXXXX1918 05-07-26 7:50 PM | | -50.07 | 6,496.78 |
| 05-08 | ' POS Purchase<br>POS PURCHASE TERMINAL 99999999<br>PUBLIX SUPER MAR 930 N NORTH MIA FL<br>XXXXXXXXXXXX1918 05-08-26 11:42 AM | | -19.38 | 6,477.40 |
| 05-11 | ' Zelle Payment Sent<br>ZELLE TITLE<br>APPLE BANK 92502<br>122 EAST 42ND STRE | | -500.00 | 5,977.40 |
| 05-11 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>THE KOSHER DEPOT BROOKLYN NY<br>XXXXXXXXXXXX1918 05-07-26 9:46 PM | | -44.03 | 5,933.37 |
| 05-11 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>SOUTH FLORIDA KOSHER - NORTH MIA FL<br>XXXXXXXXXXXX1918 05-08-26 6:15 AM | | -126.55 | 5,806.82 |
| 05-11 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 05-08-26 9:45 PM | | -5.00 | 5,801.82 |
| 05-11 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 05-10-26 10:05 AM | | -4.00 | 5,797.82 |
| 05-11 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>MTA*LIRR ETIX TICKET 718-217-5 NY<br>XXXXXXXXXXXX0985 05-11-26 3:58 AM | | -5.25 | 5,792.57 |
| 05-11 | ' POS Purchase<br>POS PURCHASE TERMINAL 99999999<br>PUBLIX SUPER MAR 930 N NORTH MIA FL<br>XXXXXXXXXXXX1918 05-11-26 10:57 AM | | -88.23 | 5,704.34 |

Apple Bank

Established 1863 • Member FDIC

P.O. Box 39 | 29 Chase Road | Scarsdale, NY 10583

ARON Z LAX
May 20, 2026


[redacted]

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-11 | ' Preauthorized Wd<br>UBER TRIP UBER TRIP<br>260511 | | -39.98 | 5,664.36 |
| 05-13 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>AMERICAN AIR0012342155 FORT WORT TX<br>XXXXXXXXXXXX1918 05-12-26 5:06 PM | | -289.40 | 5,374.96 |
| 05-13 | ' POS Purchase<br>POS PURCHASE TERMINAL WG5LVUAK<br>IC* INSTACART*159 INSTACART CA<br>XXXXXXXXXXXX1918 05-13-26 4:20 PM | | -162.98 | 5,211.98 |
| 05-14 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>SOUTH FLORIDA KOSHER - NORTH MIA FL<br>XXXXXXXXXXXX1918 05-12-26 1:36 PM | | -102.65 | 5,109.33 |
| 05-14 | ' Preauthorized Debit<br>TERMINAL 003<br>TMOBILE POSTPAID PDA BELLEVUE WA<br>XXXXXXXXXXXX1918 05-14-26 12:52 PM | | -251.68 | 4,857.65 |
| 05-15 | ' Zelle Payment Sent<br>ZELLE CHAYALA<br>APPLE BANK 92502<br>122 EAST 42ND STRE | | -500.00 | 4,357.65 |
| 05-15 | ' POS Purchase<br>POS PURCHASE TERMINAL 50010297<br>NEW YORK STATE DMV 518-47409 NY<br>XXXXXXXXXXXX0985 05-14-26 3:11 AM | | -80.50 | 4,277.15 |
| 05-15 | ' POS Purchase<br>POS PURCHASE TERMINAL 35657843<br>LGA BEECHERS 6331170 FLUSHING NY<br>XXXXXXXXXXXX0985 05-14-26 5:21 AM | | -17.80 | 4,259.35 |
| 05-15 | ' POS Purchase<br>POS PURCHASE TERMINAL 99999999<br>PUBLIX SUPER MAR 930 N NORTH MIA FL<br>XXXXXXXXXXXX1918 05-15-26 12:27 PM | | -77.93 | 4,181.42 |
| 05-15 | ' Preauthorized Wd<br>UBER TRIP UBER TRIP<br>260515 | | -43.69 | 4,137.73 |
| 05-18 | ' Zelle Payment Sent<br>ZELLE 920 NE 169 ST LLC<br>APPLE BANK 92502<br>122 EAST 42ND STRE | | -164.82 | 3,972.91 |
| 05-18 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>SOUTH FLORIDA KOSHER - NORTH MIA FL<br>XXXXXXXXXXXX1918 05-14-26 4:22 AM | | -229.04 | 3,743.87 |

Apple Bank

Established 1863 • Member FDIC

P.O. Box 39 | 29 Chase Road | Scarsdale, NY 10583

ARON Z LAX
May 20, 2026


[redacted]

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-18 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>ENCORE NAIL BAR NORTH MIA FL<br>XXXXXXXXXXXX1918 05-15-26 6:39 AM | | -95.00 | 3,648.87 |
| 05-18 | ' POS Purchase<br>POS PURCHASE TERMINAL 2090<br>CK *BAIS MENACHEM OF N NORTH MIA FL<br>XXXXXXXXXXXX0985 05-15-26 8:35 AM | | -5.00 | 3,643.87 |
| 05-18 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>COMCAST / XFINITY 800-266-2 FL<br>XXXXXXXXXXXX1918 05-18-26 3:33 AM | | -145.10 | 3,498.77 |
| 05-18 | ' POS Purchase<br>POS PURCHASE TERMINAL 74863887<br>UBER *ONE MEMBERSHIP SAN FRANC CA<br>XXXXXXXXXXXX1918 05-17-26 9:08 PM | | -9.99 | 3,488.78 |
| 05-19 | ' POS Purchase<br>POS PURCHASE TERMINAL 66006901<br>MURPHY EXPRESS 8882 NORTH MIA FL<br>XXXXXXXXXXXX0985 05-18-26 8:58 PM | | -116.84 | 3,371.94 |
| 05-19 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>TST*TENDS 1 MIAMI FL<br>XXXXXXXXXXXX0985 05-18-26 11:47 PM | | -18.17 | 3,353.77 |
| 05-20 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>SOUTH FLORIDA KOSHER - NORTH MIA FL<br>XXXXXXXXXXXX1918 05-18-26 12:08 AM | | -38.45 | 3,315.32 |
| 05-20 | ' POS Purchase<br>POS PURCHASE TERMINAL VBASE2<br>TST*TENDS 1 MIAMI FL<br>XXXXXXXXXXXX0985 05-19-26 4:02 PM | | -29.94 | 3,285.38 |
| 05-20 | **Ending totals** | **7,210.08** | **-10,101.43** | **$3,285.38** |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

***Thank you for banking with Apple Bank***

## BALANCE YOUR STATEMENT AND CHECKBOOK USING THE FOLLOWING STEPS:

**FIRST, start with your Account Register/Checkbook:**

1. Enter your Account Register/Checkbook Balance ________ $ ________
2. Subtract service charges or other deductions not previously recorded that are shown on this statement ________ $ ________
3. Add credits not previously recorded that are shown on this statement (for example, interest) ________ $ ________
4. NEW ACCOUNT REGISTER BALANCE ________ $ ________

**NOW, with your Account Statement:**

1. Enter your Statement Ending Balance ________ $ ________
2. Add deposits not shown on this statement ________ $ ________

SUBTOTAL ________ $ ________

3. List all outstanding checks, ATM, Debit Card and other electronic withdrawals

| Checks, ATM/Debit Card, Electronic Withdrawals | | Checks, ATM/Debit Card, Electronic Withdrawals | | Checks, ATM/Debit Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check# | Amount | Date/Check# | Amount | Date/Check# | Amount |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Debit Card and other electronic withdrawals ________ $ ________
5. Subtract total outstanding checks, ATM, Debit Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ________ $ ________

### LINES OF CREDIT

For credit line accounts described below ("Credit Lines"), we figure interest charges ("Interest") by applying the "daily periodic rate" (as shown on the statement) to the "daily balance" of the Credit Line, including current transactions. To get the daily balance, take the beginning Credit Line balance each day, add new advances/fees, and subtract unpaid interest or other fees, and payments or credits. To determine Interest for a billing cycle, multiply each daily balance by the applicable daily periodic rate, and then add daily interest charges together.

**PAYMENTS (Unsecured Line - Consumers Only):** All deposits and other credits made to your checking account will automatically be credited at the close of each business day towards payment of any outstanding principal balance on your Credit Line. You may repay your new balance at any time, in whole or part. However, on the due date of each billing cycle, the minimum installment due will be automatically deducted from your checking account to the extent that deposits made during the cycle have not satisfied that installment. Each minimum installment payment will consist of the Interest, late charges and amount past due, plus the regular repayment of the principal based upon the terms contained in your agreement with the Bank (i.e., 1/60th of the unpaid principal balance, with a minimum payment of $20).

**PAYMENTS (Secured Line - Consumers and Business):** Each minimum installment will consist of the interest, late charges and amount past due, plus the regular repayment of principal, based upon the terms contained in your agreement with the Bank (i.e., 1/60th of the unpaid principal balance, with a minimum payment of $75). The minimum monthly installment payment will be automatically deducted from your checking account on the due date of your billing cycle, every month. The due date of your billing cycle is twenty (20) days following the closing date of your checking account cycle. If this day falls on a Saturday, Sunday or Bank Holiday, the due date of your billing cycle will be the next business day. You may prepay your new balance at any time, in whole or part. Additional payments to the Credit Line during the first twenty (20) days of each new billing cycle will first be applied towards payment of the minimum monthly installment required to be made on the due date. Amounts paid in excess of the required minimum monthly installment will be credited to the outstanding principal balance on your Credit Line and will not count towards any minimum monthly installment payment.

### DISCLOSURE REQUIRED UNDER THE FEDERAL FAIR CREDIT BILLING ACT

**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR BILL**

If you suspect there is an error in your Line of Credit bill or if you need more information about a transaction appearing on your statement, write us a letter on a separate sheet of paper and mail it to the address below. Write us as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may call us with your inquiry but doing so will not preserve your rights.

In your letter, please give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You remain obligated to pay the parts of your bill not in dispute during the time we are resolving the dispute, but you do not have to pay any amount in dispute. During that time, we may not take any action to collect disputed amounts or report disputed amounts as delinquent.

### DISCLOSURE REQUIRED UNDER ELECTRONIC FUNDS TRANSFER ACT

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:** Call the Claims Intake Team at 1-800-216-6985 or write us at 900 Stewart Avenue, Suite 605, Garden City, NY 11530, Attn.: Digital Payments, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You will need to provide the following information: (1) Tell us your name and account number (if any); (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. For Debit Card errors, you may submit your claim via Online Banking. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**DIRECT DEPOSITS:** If you have arranged to have direct deposits made to your account, such as Social Security or salary payments, you can confirm whether or not the deposit has been made by calling the numbers noted below. You may also review your activity online or visit your neighborhood Apple Bank branch for information.

**Apple Bank P.O. Box 39, 29 Chase Road Scarsdale, NY 10583 CustomerLine: 1-914-902-2775 TDD Number: 1-800-824-0710**

**PLEASE EXAMINE THIS STATEMENT. IF NO ERROR IS REPORTED IN 14 DAYS, THE ACCOUNT WILL BE CONSIDERED CORRECT. NOTIFY US OF ANY CHANGE OF ADDRESS.**

CHK-404 7/21

**Member FDIC - Equal Housing Lender**