UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ARON Z. LAX, | Case No. 1-25-45855 (ESS) |
| Debtor. | Hon. Elizabeth S. Stong |

**NOTICE OF FILING OF THE DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT AND OF HEARING TO CONSIDER APPROVAL OF THE DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that Aron Z. Lax, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), has filed (i) the Debtor's Chapter 11 Plan of Reorganization dated August 26, 2026 (as it may be amended, the "Plan") [Docket No. 48], and (ii) the Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with respect to the Plan, dated August 26, 2026 (as it may be amended, the "Disclosure Statement") [Docket No. 49]. The Plan provides for the sale of the Debtor's residence at 1151 42nd Street, Unit 3, Brooklyn, New York, the payment in full at closing of the secured claim of Cenlar FSB, as servicer for CitiMortgage, Inc., payments of $100,000.00 each to the Internal Revenue Service and the New York State Department of Taxation and Finance in full satisfaction and release of their asserted claims and liens, payment in full of all administrative, priority and general unsecured claims, and the retention by the Debtor of the balance of the sale proceeds. The foregoing is a summary only; creditors and parties in interest are urged to read the Plan and the Disclosure Statement in their entirety.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider the entry of an order, pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3017 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

(a) approving the Disclosure Statement as containing "adequate information" within the meaning of section 1125(a) of the Bankruptcy Code, (b) fixing the voting record date, the deadline for voting to accept or reject the Plan, and the deadline for objecting to confirmation of the Plan, (c) approving the form of ballot and solicitation procedures, and (d) scheduling the hearing on confirmation of the Plan, will be held before the **Honorable Elizabeth S. Stong**, United States Bankruptcy Judge, on **November 12, 2026 at 10:30 a.m. (prevailing Eastern Time)**, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE** that, as directed by the Court, the Hearing will be conducted **IN PERSON**. All parties wishing to appear at or be heard at the Hearing must appear in person in Courtroom 3585 and must register through eCourt Appearances at least two (2) business days before the Hearing. To register, please provide your name, address, e-mail address, telephone number, and the party that you represent, if applicable. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF; alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. In the event that you are not able to register online, you may call or e-mail Judge Stong's courtroom deputy for instructions at (347) 394-1864 or ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and the Disclosure Statement are being transmitted herewith and are also available (a) on the Court's electronic case filing system, at https://ecf.nyeb.uscourts.gov (a PACER login and password are required), and (b) free of charge upon written request to counsel for the Debtor, Balisok & Kaufman, PLLC, 251

Troy Avenue, Brooklyn, New York 11213, Attn: Joseph Y. Balisok, Esq., or by e-mail to joseph@lawbalisok.com.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the approval of the Disclosure Statement must (a) be in writing, (b) state with particularity the grounds therefor, (c) conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Eastern District of New York, and (d) be filed with the Court electronically in accordance with the Court's General Orders (or, if the objecting party is unable to file electronically, be delivered to the Clerk of the Court, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201), and be served upon counsel for the Debtor, Balisok & Kaufman, PLLC, 251 Troy Avenue, Brooklyn, New York 11213, Attn: Joseph Y. Balisok, Esq. (joseph@lawbalisok.com), and upon the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004, so as to be **received no later than November 5, 2026 at 4:00 p.m. (prevailing Eastern Time)**; *provided* that, pursuant to Bankruptcy Rule 3017(a), objections to the Disclosure Statement may in any event be filed and served at any time prior to the approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that this notice is not a solicitation of acceptance or rejection of the Plan. **ACCEPTANCES OR REJECTIONS OF THE PLAN MAY NOT BE SOLICITED UNTIL THE DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE COURT.** Ballots and instructions for voting on the Plan will be distributed following the approval of the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned or continued from time to time without further notice other than an announcement in open court or a notation on the Court's docket or hearing calendar.

Dated: Brooklyn, New York
August 26, 2026

BALISOK & KAUFMAN, PLLC
*Attorneys for the Debtor and*
*Debtor-in-Possession, Aron Z. Lax*

By: /s/ Joseph Y. Balisok

Joseph Y. Balisok, Esq.
251 Troy Avenue
Brooklyn, New York 11213
Telephone: (718) 928-9607
Facsimile: (718) 534-9747
joseph@lawbalisok.com

**TO:**

Office of the United States Trustee
Eastern District of New York (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, New York 10004-1408

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Philip L. Bednar, Esq., Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 55
Washington, D.C. 20044
(Counsel for the United States / Internal Revenue Service)

United States Attorney's Office
Eastern District of New York
Attn: Civil Process Clerk
271-A Cadman Plaza East
Brooklyn, New York 11201

New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0300

Office of the Attorney General of the State of New York
The Capitol
Albany, New York 12224

Cenlar FSB, as servicer for CitiMortgage, Inc.
Attn: Bankruptcy Department
425 Phillips Boulevard
Ewing, New Jersey 08618

David A. Gallo & Associates LLP
Attn: Robyn E. Goldstein, Esq.
47 Hillside Avenue, 2nd Floor
Manhasset, New York 11030
(Counsel for Cenlar FSB, as servicer for CitiMortgage, Inc.)

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, South Carolina 29603-0587

CACH, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, South Carolina 29603-0587

Moshe Leib Lax
1153 101st Street
Miami, Florida 33154
(Co-Executor of the Estate of Chaim Lax)

Zlaty Schwartz
207 Wallabout Street
Brooklyn, New York 11206
(Co-Executrix of the Estate of Chaim Lax)