**BALISOK & KAUFMAN, PLLC**
ATTORNEYS AT LAW
251 Troy Avenue, Brooklyn, New York 11213
Tel: (718) 928-9607 | Email: joseph@lawbalisok.com

September 2, 2026

**BY ECF AND ELECTRONIC MAIL**

Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

**Re: In re Aron Z. Lax**
Chapter 11, Case No. 1-25-45855-ess
Hearing Date: September 15, 2026 at 2:30 p.m.
Request for Adjournment to September 17, 2026

Dear Judge Stong:

This firm is proposed counsel to Aron Z. Lax, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"). We write respectfully to request an adjournment of the hearing on the Debtor's application to employ Balisok & Kaufman, PLLC as attorneys for the Debtor and Debtor-in-Possession pursuant to sections 327(a) and 1107(a) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Retention Application"), which was filed on July 1, 2026 and is presently scheduled to be heard on September 15, 2026 at 2:30 p.m.

The Debtor respectfully requests that the hearing on the Retention Application be adjourned to September 17, 2026 at 10:30 a.m., or to such other date and time as is convenient to the Court.

The adjournment is requested because counsel is unavailable on the afternoon of September 15, 2026 by reason of a previously scheduled conflicting appearance, and because the brief adjournment will permit the Debtor and the Office of the United States Trustee to conclude their discussions concerning the Retention Application in advance of the hearing.

September 17, 2026 at 10:30 a.m. is the date and time previously requested by the Debtor and is respectfully requested again here. A materially later date is not practicable because the immediately following period falls within the Jewish High Holiday season, during which counsel and the Debtor, who are religiously observant, are unable to appear or to prepare for a hearing. Yom Kippur is observed from sundown on Sunday, September 20, 2026 through nightfall on Monday, September 21, 2026, and Sukkot, together with Shemini Atzeret and Simchat Torah, is

observed from sundown on Friday, September 25, 2026 through nightfall on Sunday, October 4, 2026, with work prohibited entirely on the festival days and restricted during the intermediate days.

This is the Debtor's second request for an adjournment of the hearing on the Retention Application. The first request, made by letter dated August 18, 2026, was granted, and the hearing was adjourned to September 15, 2026 at 2:30 p.m. The Office of the United States Trustee has been advised of the present request and does not object to it. No other deadline or scheduled matter in this case will be affected by the requested adjournment.

We thank the Court for its consideration of this request and remain available to address any questions the Court may have.

Respectfully submitted,

BALISOK & KAUFMAN, PLLC

By: /s/ Joseph Y. Balisok

Joseph Y. Balisok, Esq.
251 Troy Avenue
Brooklyn, New York 11213
Tel: (718) 928-9607
Email: joseph@lawbalisok.com

cc: Office of the United States Trustee (by ECF)
All parties receiving ECF notice